IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.   Case No. 1:03cr30-MW/GRJ

DAVID MICHAEL SCHOTT,

    **Defendant.**
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 70, and has also reviewed *de novo* Defendant's objections to the report and recommendation, ECF No. 73. Accordingly

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, over Defendant's objections, as this Court's opinion. The Clerk shall enter judgment stating, "Defendant's Amended Motion to Correct Sentence Under 28 U.S.C. § 2255, ECF No. 57, is **DENIED**. A Certificate of Appealability is **DENIED**." The Clerk shall close the file.

**SO ORDERED on December 11, 2018.**

                                            s/Mark E. Walker_____
                                            **Chief United States District Judge**